IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM B. HARDY                                                                                          PLAINTIFF

v.                                            NO.  3:06cv00206 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment shall be entered affirming the determination of the Commissioner and dismissing Plaintiff's complaint with prejudice.

IT IS SO ORDERED this 13th  day of February 2008.


                                                                          /s/Susan Webber Wright
                                                                          UNITED STATES DISTRICT JUDGE