IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM B. HARDY                                                                                       PLAINTIFF

v.                                            NO. 3:06cv00206 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                            DEFENDANT

## JUDGMENT

Pursuant to the Court's order entered this date, judgment is hereby entered affirming the final determination of the Commissioner and dismissing Plaintiff's complaint, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 13th day of February 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE